UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

MAR 2 2 2000



o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

HIGHLANDER GOLF, INC. and SUN
MOUNTAIN SPORTS, INC.,

    Plaintiffs,

vs.

WAL-MART STORES, INC. d/b/a SAM'S
CLUB,

    Defendant.

CIV. 00-4024

ORDER

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

    Based upon the resident practicing attorney's Motion for Admission and Motion of Todd P. Guthrie requesting admission, and good cause appearing, it is hereby

    ORDERED that the Motion for Admission Pro Hac Vice is granted and it is further

    ORDERED that a Pro Hac Vice admission fee in the amount of $100.00 shall be paid to the Clerk of Court, Federal Building, 400 South Phillips Avenue, #128, Sioux Falls, South Dakota 57104.

- 2 -

Dated this 22nd day of March, 2000.

BY THE COURT:

_____
U.S. District Judge

ATTEST:   JOSEPH A. HAAS, Clerk

By _Sharon Lowe_, Deputy